UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| Elizabeth A. Brinkofski, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Albemarle Hospital, | ) | No. 2:13-CV-12-BR |
| Regina O. Black, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt on defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' motion to dismiss is ALLOWED, and plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to properly effect service, to show capacity to bring this action, and to comply with North Carolina Rule of Civil Procedure 9(j) as to her claims for negligence and breach of standard of care. The Clerk is DIRECTED to close this case.

**This judgment filed and entered on August 20, 2013, and served on:**

Andrew D. Hathaway (Via CM/ECF Notice of Electronic Filing)
Charles Houston Foppiano (Via CM/ECF Notice of Electronic Filing)
Elizabeth A. Brinkofski (Via US Mail at 21 Tamarack Road, Somerset, NJ 08873)

August 20, 2013                             /s/ Julie A. Richards,
                                                 Clerk of Court